IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sergei Orel, Esq.<br>Attorney for Debtor<br>Bar No.: 008862001<br>2125 Center Avenue, Ste 608<br>Fort Lee, NJ 07024<br>Tel: 201-491-1464<br>Fax: 201-604-6775<br>Email: sergeiorel@yahoo.com | Bankruptcy Case No.: 24-41081-ESS<br><br>Chapter: 7<br><br>Hearing Date: _____, 2025<br><br>Adversary Proc. No.: 1-25-01027-ess<br><br>Judge: Elizabeth S. Strong, USB Judge |
| In re:<br><br>**Sunny Joseph Barkats aka Sanny Barkats,**<br><br>Debtor | |
| KELLY ANN LEWIS, LEWIS FAMILY GROUP FUND LP, and LF FUND GP LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SUNNY JOSEPH BARKATS a/k/a SANNY BARKATS,<br><br>Defendant. | |

## DEFENDANT'S
## NOTICE OF MOTION TO DISMISS ADVERSARY COMPLAINT PURSUANT TO
## FED. R. CIV. P. 12(b)(6)

TO: THE HONORABLE ELIZABETH S. STONG, UNITED STATES BANKRUPTCY JUDGE:

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and Declaration of Sunny Joseph Barkats, the undersigned will move this Court before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge for the Eastern District of New York, at 271-

C Cadman Plaza East, Brooklyn, NY 11201, at a date and time to be scheduled by the Court, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable herein by Bankruptcy Rule 7012, dismissing the Adversary Complaint.

PLEASE TAKE FURTHER NOTICE that opposition papers, if any, must be served and filed in accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court.

Dated: May 19, 2025

        Respectfully submitted,
        /s/ Sergei Orel
        Sergei Orel, Esq.
        Attorney for Debtor Sunny Joseph Barkats aka Sanny Barkats
        2125 Center Avenue, Ste 608
        Fort Lee, NJ 07024
        Tel: 201-491-1464
        Fax: 201-604-6775
        Email: sergeiorel@yahoo.com

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sergei Orel, Esq.<br>Attorney for Debtor<br>Bar No.: 008862001<br>2125 Center Avenue, Ste 608<br>Fort Lee, NJ 07024<br>Tel: 201-491-1464<br>Fax: 201-604-6775<br>Email: sergeiorel@yahoo.com | Bankruptcy Case No.: 24-41081-ESS<br><br>Chapter: 7<br><br>Hearing Date: _____, 2025<br><br>Adversary Proc. No.: 1-25-01027-ess<br><br>Judge: Elizabeth S. Strong, USB Judge |
| In re:<br><br>**Sunny Joseph Barkats aka Sanny Barkats,**<br><br>　　　　　Debtor | |
| KELLY ANN LEWIS, LEWIS FAMILY GROUP FUND LP, and LF FUND GP LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SUNNY JOSEPH BARKATS a/k/a SANNY BARKATS,<br><br>Defendant. | |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COMPLAINT**

Upon consideration of the Defendant's Motion to Dismiss the Adversary Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), made applicable to this adversary proceeding by Bankruptcy Rule 7012, and the accompanying memorandum of law, and Declaration of Sunny Josep Barkats, and any opposition filed thereto, and for good cause shown, it is hereby:

ORDERED, that the Defendant's Motion to Dismiss is GRANTED; and it is further

ORDERED, that the Adversary Complaint is dismissed in its entirety with prejudice.

SO ORDERED:

_____
Hon. Elizabeth S. Stong
United States Bankruptcy Judge

Dated: _____

Brooklyn, New York

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sergei Orel, Esq.<br>Attorney for Debtor<br>Bar No.: 008862001<br>2125 Center Avenue, Ste 608,<br>Fort Lee, NJ 07024<br>Tel: 201-491-1464<br>Fax: 201-604-6775<br>Email: sergeiorel@yahoo.com | Case No.: 24-41081-ESS<br><br>Chapter: 7<br><br>Hearing Date: _____, 2025<br><br>Adversary Proc. No.: 1-25-01027-ess<br><br>Judge: Elizabeth S. Strong, USB Judge |
| In re:<br><br>**Sunny Joseph Barkats**, aka Sanny Barkats<br><br>Debtor | |
| KELLY ANN LEWIS, LEWIS FAMILY GROUP FUND LP, and LF FUND GP LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SUNNY JOSEPH BARKATS a/k/a SANNY BARKATS,<br><br>Defendant. | |

### CERTIFICATE OF SERVICE

I, Sergei Orel, hereby certify that on the 19th day of May, 2025, I caused a true and correct copy of the foregoing Motion to Dismiss, together with the Proposed Order, and other accompanying documents, to be served via ECF and/or email, postage prepaid, upon counsel of record for Plaintiffs.

Dated: May 19, 2025

Respectfully submitted,

/s/ Sergei Orel
Sergei Orel

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sergei Orel, Esq.<br>Attorney for Debtor<br>Bar No.: 008862001<br>2125 Center Avenue, Ste 608<br>Fort Lee, NJ 07024<br>Tel: 201-491-1464<br>Fax: 201-604-6775<br>Email: sergeiorel@yahoo.com | Bankruptcy Case No.: 24-41081-ESS<br><br>Chapter: 7<br><br>Hearing Date: _____, 2025<br><br>Adversary Proc. No.: 1-25-01027-ess<br><br>Judge: Elizabeth S. Strong, USB Judge |
| In re:<br><br>**Sunny Joseph Barkats aka Sanny Barkats**,<br><br>Debtor | |
| KELLY ANN LEWIS, LEWIS FAMILY GROUP FUND LP, and LF FUND GP LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SUNNY JOSEPH BARKATS a/k/a SANNY BARKATS,<br><br>Defendant. | |

**DECLARATION OF SUNNY JOSEPH BARKATS IN SUPPORT OF MOTION TO DISMISS COMPLAINT**

I, Sunny Joseph Barkats, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I am the Defendant in the above-captioned adversary proceeding. I make this declaration in support of my Motion to Dismiss the Adversary Complaint filed by Plaintiffs pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

1

2.  I am an attorney at law by training and currently reside abroad. I filed for Chapter 7 bankruptcy in good faith and in accordance with the laws of the United States to address my outstanding obligations.

3.  The allegations made by Plaintiffs in their Adversary Complaint largely recite matters that were previously litigated in a civil action in the Southern District of New York, which resulted in a default judgment. I did not have a full and fair opportunity to litigate the merits of the case in that forum, and the default judgment should not be construed as a conclusive finding of fraud or malice for purposes of nondischargeability under bankruptcy law.

4.  The Complaint fails to allege with specificity any acts of actual fraud, false pretenses, or willful and malicious injury that satisfy the standards under 11 U.S.C. §§ 523(a)(2) or 523(a)(6). It also fails to identify specific false oaths or omissions required under 11 U.S.C. §§ 727(a)(4) and (a)(5).

5.  I have not acted with fraudulent intent or attempted to conceal my assets. I have cooperated with the Chapter 7 Trustee and have disclosed relevant information regarding my financial affairs to the best of my knowledge.

6.  The allegations made by Plaintiffs are conclusory, lack factual specificity, and are insufficient to survive a motion to dismiss.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 19, 2025.

/s/Sunny Joseph Barkats
Sunny Joseph Barkats

2

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sergei Orel, Esq.<br>Attorney for Debtor<br>Bar No.: 008862001<br>2125 Center Avenue, Ste 608<br>Fort Lee, NJ 07024<br>Tel: 201-491-1464<br>Fax: 201-604-6775<br>Email: sergeiorel@yahoo.com<br><br>In re:<br><br>**Sunny Joseph Barkats aka Sanny Barkats,**<br><br>      Debtor<br><br>KELLY ANN LEWIS, LEWIS FAMILY GROUP FUND LP, and LF FUND GP LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SUNNY JOSEPH BARKATS a/k/a SANNY BARKATS,<br><br>Defendant. | Bankruptcy Case No.: 24-41081-ESS<br><br>Chapter: 7<br><br>Hearing Date: _____, 2025<br><br>Adversary Proc. No.: 1-25-01027-ess<br><br>Judge: Elizabeth S. Strong, USB Judge |

## MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(b)(6)

### PRELIMINARY STATEMENT

Defendant Sunny Joseph Barkats ("Defendant") respectfully submits this Memorandum of Law in support of his motion to dismiss the Adversary Complaint filed by Plaintiffs pursuant to Federal Rule of Civil Procedure 12(b)(6), made applicable to adversary proceedings by Federal Rule of Bankruptcy Procedure 7012.

Plaintiffs fail to state a claim for relief under 11 U.S.C. §§ 523 and 727 that meets the federal pleading standards. The Complaint merely recycles allegations from prior litigation and fails to allege new relevant facts with enough specificity which would provide allegations of facts and or claims upon relief could be granted. The present adversary complaint doesn't adequately allege facts that support a legal claim.

## LEGAL STANDARD

To survive a motion to dismiss under Rule 12(b)(6), a complaint must contain "sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009) (quoting Bell Atl. Corp. v. Twombly, 550 U.S. 544, 570 (2007)). Legal conclusions or formulaic recitations of elements are insufficient. Id.

## ARGUMENT

### I. The Complaint Fails to State a Claim Under 11 U.S.C. § 523(a)(2)

Section 523(a)(2) requires a showing of actual fraud in obtaining the debt. See Grogan v. Garner, 498 U.S. 279 (1991). Plaintiffs rely on a default judgment issued in prior civil litigation, but fail to plead that the debt was incurred through fraud in the bankruptcy sense.

### II. Plaintiffs Fail to Plead Willful and Malicious Injury Under § 523(a)(6)

To state a claim under § 523(a)(6), Plaintiffs must allege specific acts done with intent to injure. See Kawaauhau v. Geiger, 523 U.S. 57 (1998). Plaintiffs allege injury from business transactions, not targeted injury with specific intent. The conclusory claim of willfulness and malice is insufficient.

### III. Plaintiffs Fail to Plead Grounds for Denial of Discharge Under §§ 727(a)(4) and (a)(5)

To state a claim under § 727(a)(4), a plaintiff must allege that the debtor knowingly and fraudulently made a false oath or account. Under § 727(a)(5), a plaintiff must identify specific

assets lost and the debtor's failure to explain the loss. Plaintiffs fail to plead which assets were omitted and how such omissions were material. See <u>In re Dubrowsky</u>, 244 B.R. 560, 572 (E.D.N.Y. 2000).

## CONCLUSION

For the foregoing reasons, the Adversary Complaint fails to state a claim upon which relief can be granted.

Defendant respectfully requests that the Court dismiss the Complaint in its entirety with prejudice.

Dated: May 19, 2025

Respectfully submitted,
/s/ Sergei Orel
_____
Sergei Orel, Esq.
Attorney for Debtor Sunny Joseph Barkats aka Sanny Barkats
2125 Center Avenue, Ste 608
Fort Lee, NJ 07024
Tel: 201-491-1464
Fax: 201-604-6775
Email: sergeiorel@yahoo.com