

SERGEI OREL
ATTORNEY AT LAW
2125 CENTER AVE, SUITE 608
FORT LEE, NJ 07024
(201) 491-1464
sorel@sergei-orel.com

May 22, 2025

**VIA PACER**

Hon. Elizabeth S. Stong, USBJ
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 3585
Brooklyn, NY 11201-1800

**Re: Lewis et al. v. Barkats - #1-25-01027-ess**
**Request To Appear Remotely or to Adjourn**

Dear Judge Stong:

The undersigned represents the Debtor, Sunny Barkats, who is the Defendant in the above-captioned adversary proceeding before this court.

According to the Court's Docket on Pacer, there is a Pre-Trial Conference scheduled for tomorrow, i.e., May 23, 2025, at 10:30 AM.

| | | |
|---|---|---|
| 03/20/2025 | 3 (2 pgs) | Summons and Notice of Pre-Trial Conference issued by Clerk's Office against Sunny Joseph Barkats a/k/a Sanny Barkats a/k/a Sunny J. Barkats a/k/a Joseph Barkats a/k/a Joseph S. Barkats a/k/a JS Barkats Answer Due: 4/21/2025 Pre-Trial Conference set for 5/23/2025 at 10:30 AM at Courtroom 3585 (Judge Stong), Brooklyn, NY. (drk) (Entered: 03/20/2025) |

It is respectfully requested that the undersigned attorney be allowed to appear for the Pre-Trial Conference tomorrow at 10:30 remotely, via telephone or video connection.

The undersigned has a scheduling conflict tomorrow. The undersigned is due to appear for a Summary Judgment Motion IN-PERSON hearing at the New Jersey Superior Court, Union County, Law Division, at either 9:30 AM or 2:30 PM (it is not yet clear what the exact time of the motion hearing is, the undersigned is in the process of clarifying this with the NJ Superior Court), before Judge John M. Deitch, JSC, in the matter docket number UNN L 000845-24.

See attached Court notices as Exhibit A and B.

If the Summary Judgement Motion hearing at NJ Superior Court is on for 9:30 AM, then the undersigned will be unable to participate in this matter's Pre-Trial Conference at 10:30 AM, and if the Summary Judgment Motion hearing is on 2:30 PM, then it will be extremely difficult for the undersigned to appear at 10:30 in Brooklyn, and then make it on time to Elizabeth, NJ, by 2:30PM, and the undersigned cannot miss the Summary Judgment oral argument tomorrow in New Jersey.

Therefore, it is respectfully requested that the undersigned be allowed to appear via telephone tomorrow for the Pre-Trial Conference, if possible, remotely, and that the time of the Pre-Trial Conference be moved to 11:30 AM, to allow the undersigned to attend the in person Summary Judgment Motion in NJ Superior Court in Elizabeth, New Jersey, at 9:30 am, and then connect to this Honorable Court's Pre-Trial Conference at 11:30 am.

Alternatively, please adjourn the Pre-Trial Conference date to a later date, as there is currently a Rule 12 Motion To Dismiss the Adversary Complaint pending before this Honorable Court.

Respectfully Submitted,

By:___*/Sergei Orel/*__________
Sergei Orel

**SUPERIOR COURT OF NEW JERSEY - eCOURTS CIVIL LAW**

The following clerk notice is being sent from eCourts:

| | |
|---|---|
| Plaintiff Name: | ANDREW JELENIEWSKI, ANDRESSA MATIAS JELENIEWSKI |
| Defendant Name: | JOHN YURKOW, FRANCES MASSA |
| Case Caption: | JELENIEWSKI ANDREW VS YURKOW JOHN |
| Case Number: | UNN L 000845-24 |
| Docket Text: | **CLERK NOTICE**: re: MOTION FOR SUMMARY JUDGMENT LCV20251071606 -Oral argument will be heard on Friday May 23, 2025, at 9:30 AM before the Honorable John M. Deitch, J.S.C. in the Tower Courtroom on the 12th floor. |
| Transaction ID: | LCV20251461858 |

**Notice has been electronically mailed to:**

| | | |
|---|---|---|
| Plaintiff Attorney | SERGEI OREL | SERGEIOREL@YAHOO.COM<br>LITIGATION@2125LAWOFFICES.COM<br>NOTICES@IBRAHIMALAW.COM |
| Plaintiff Attorney | SERGEI OREL | SERGEIOREL@YAHOO.COM<br>LITIGATION@2125LAWOFFICES.COM<br>NOTICES@IBRAHIMALAW.COM |
| Defendant Attorney | ALEXANDER LOUIS D'JAMOOS | LPAGANO@FBOLAWFIRM.COM<br>ADJAMOOS@FBOLAWFIRM.COM<br>RPURCELL@FBOLAWFIRM.COM |
| Defendant Attorney | ALEXANDER LOUIS D'JAMOOS | LPAGANO@FBOLAWFIRM.COM<br>ADJAMOOS@FBOLAWFIRM.COM<br>RPURCELL@FBOLAWFIRM.COM |

**Notice was not electronically mailed to:**

Login to eCourts to view the Case Jacket. You will need a valid user ID (Bar ID) to view the submitted documents.

For questions, please contact the Superior Court of New Jersey Civil Division in county of venue.

This communication is for notification purposes only.

This email was sent from a notification-only address that cannot accept incoming mail. Please do not reply to this message.

**SUPERIOR COURT OF NEW JERSEY - eCOURTS CIVIL LAW**

The following clerk notice is being sent from eCourts:

| | |
|---|---|
| Plaintiff Name: | ANDREW JELENIEWSKI, ANDRESSA MATIAS JELENIEWSKI |
| Defendant Name: | JOHN YURKOW, FRANCES MASSA |
| Case Caption: | JELENIEWSKI ANDREW VS YURKOW JOHN |
| Case Number: | UNN L 000845-24 |
| Docket Text: | **CLERK NOTICE**: re: MOTION FOR SUMMARY JUDGMENT LCV20251071606 -CORRECTION: Be advised that due to a scheduling conflict, oral argument will be heard on May 23, 2025, at 2:30 PM before the Honorable John M. Deitch, J.S.C. in the Tower Courtroom on the 12th floor. |
| Transaction ID: | LCV20251462940 |

**Notice has been electronically mailed to:**

| | | |
|---|---|---|
| Plaintiff Attorney | SERGEI OREL | SERGEIOREL@YAHOO.COM<br>LITIGATION@2125LAWOFFICES.COM<br>NOTICES@IBRAHIMALAW.COM |
| Plaintiff Attorney | SERGEI OREL | SERGEIOREL@YAHOO.COM<br>LITIGATION@2125LAWOFFICES.COM<br>NOTICES@IBRAHIMALAW.COM |
| Defendant Attorney | ALEXANDER LOUIS D'JAMOOS | LPAGANO@FBOLAWFIRM.COM<br>ADJAMOOS@FBOLAWFIRM.COM<br>RPURCELL@FBOLAWFIRM.COM |
| Defendant Attorney | ALEXANDER LOUIS D'JAMOOS | LPAGANO@FBOLAWFIRM.COM<br>ADJAMOOS@FBOLAWFIRM.COM<br>RPURCELL@FBOLAWFIRM.COM |

**Notice was not electronically mailed to:**

Login to eCourts to view the Case Jacket. You will need a valid user ID (Bar ID) to view the submitted documents.

For questions, please contact the Superior Court of New Jersey Civil Division in county of venue.

This communication is for notification purposes only.

This email was sent from a notification-only address that cannot accept incoming mail. Please do not reply to this message.